# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) 2:07-CR-159-KJD (RJJ) |
| LARRY LOUIS MATAYES, | ) |
| Defendant. | ) |

**PRELIMINARY ORDER OF FORFEITURE**

WHEREAS, on December 18, 2007, defendant LARRY LOUIS MATAYES pled guilty to Counts One and Two of a Two Count Superseding Criminal Information charging him with Felon in Possession of a Firearm in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(2), and 924(e)(1), and agreed to the forfeiture of property set forth in the Forfeiture Allegations of the Superseding Criminal Information.

AND WHEREAS, pursuant to Fed. R. Crim. P. 32.2(b)(1), this Court finds that the United States of America has shown a nexus between property set forth in the Forfeiture Allegations of the Superseding Criminal Information and the offenses to which defendant pled guilty.

AND WHEREAS, the following is subject to forfeiture pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c):

    a.    a Mossberg 12 gauge shotgun, Model 500, serial number R249344;

    b.    one Butler Creek pistol grip;

    c.    30 rounds of 12 gauge shotgun ammunition; and

    d.    a Glock .40 caliber, Model 22, semiautomatic handgun,

1  serial number DAU464US.

2  . . .

3  AND WHEREAS, by virtue of the guilty plea, the United States of America is now entitled
4  to, and should reduce the aforementioned property to the possession of the United States of
5  America.

6  NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that
7  the United States of America should seize the aforementioned property.

8  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that all right, title, and
9  interest of LARRY LOUIS MATAYES in the aforementioned property is forfeited and is vested
10  in the United States of America and shall be safely held by the United States of America until
11  further order of the Court.

12  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the United States of
13  America shall publish at least once a week for three successive weeks in a newspaper of general
14  circulation, notice of this Order, notice of intent to dispose of the property in such a manner as the
15  Attorney General may direct, and notice that any person, other than the defendant, having or
16  claiming a legal interest in any of the above-listed forfeited property must file a petition with the
17  Court within thirty (30) days of the final publication of notice or of receipt of actual notice,
18  whichever is earlier.  This notice shall state that the petition shall be for a hearing to adjudicate the
19  validity of the petitioner's alleged interest in the property, shall be signed by the petitioner under
20  penalty of perjury, shall set forth the nature and extent of the petitioner's right, title, or interest in
21  the forfeited property and any additional facts supporting the petitioner's claim and the relief
22  sought.  A copy of the petition shall be served upon the Asset Forfeiture Attorney of the United
23  States Attorney's Office at the following address at the time of filing:

24  Daniel D. Hollingsworth
    Assistant United States Attorney
25  Lloyd D. George United States Courthouse
    333 Las Vegas Boulevard South, Suite 5000
26  Las Vegas, Nevada 89101.

1  . . .

2  . . .

3  . . .

4  The notice described herein need not be published in the event a Declaration of Forfeiture is issued
5  by the appropriate agency following publication of notice of seizure and intent to administratively
6  forfeit the above-described asset.

7  DATED this 18th day of December, 2007.

_____
UNITED STATES DISTRICT JUDGE