# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>LARRY LOUIS MATAYES,<br><br>    Defendant. | Case No. 2:07-CR-00159-KJD-RJJ<br><br>**ORDER** |

Before the Court is Defendant's Renewed Motion to Amend (#37). The Government responded to the Motion (#38).

Defendant asks this Court to give him credit for time served. Calculation of time served in a federal sentence is governed by 18 U.S.C. § 3585(b). <u>United States v. Lualemaga</u>, 280 F.3d 1260, 1265 (9th Cir. 2002). The Supreme Court has held that § 3585(b) does not authorize a district court to compute credit for time served. <u>United States v. Peters</u>, 470 F.3d 907, 909 (9th Cir. 2006) <u>citing</u> <u>United States v. Wilson</u>, 503 U.S. 329, 334-35 (1992). Rather, the Attorney General is authorized to make such calculations. <u>Wilson</u>, 503 U.S. at 334-35. Defendant's proper recourse is via administrative remedies and avenues, not through the Court.

///

///

III. Conclusion

**IT IS HEREBY ORDERED THAT** Defendant's Renewed Motion to Amend (#37) is **DENIED**. **IT IS FURTHER ORDERED** that Defendant's Motion to Amend (#35) is **DENIED** as moot.

DATED this 30th day of August 2013.

_____
Kent J. Dawson
United States District Judge