UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> LARRY LOUIS MATAYES, ) <br> ) <br> Defendant. ) <br> _____ ) | 2:07-CR-159-KJD-RJJ |

## ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Amended Judgment in Criminal Case (#29) on April 10, 2008. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution was not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) in the amount(s) listed below:

>Name of Payee: Bank of America
>**Total Amount of Restitution Ordered:** $27,483.00

Dated this _____ day of October, 2016.

_____
UNITED STATES DISTRICT JUDGE